# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| ANGELA PARKER, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-CV-313-LG-RPM |
| vs. | ) |
| | ) District Judge Louis Guirola, Jr. |
| SANOFI-AVENTIS U.S. LLC, ET AL. | ) |
| | ) Magistrate Robert P. Myers, Jr. |
| Defendants. | ) |

## NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS

Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC hereby give notice that the parties have reached an agreement in principle for the complete resolution of this matter. All parties are aware of this filing and have no objection.

The parties are in the process of preparing and finalizing settlement documents and, as such, they respectfully request that the Court vacate all pending deadlines and stay this matter for three months, through and including May 26, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: Feburary 26, 2024.

Respectfully submitted,

SANOFI-AVENTIS U.S. LLC and
SANOFI US SERVICES INC., f/k/a
SANOFI-AVENTIS U.S. INC.


*/s/ M. Patrick McDowell*
By:    M. Patrick McDowell,
         One of Their Attorneys

04446790

OF COUNSEL:

R. David Kaufman, MSB No. 3526
M. Patrick McDowell, MSB No. 9746
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
P.O. Drawer 119
Jackson, MS 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
dkaufman@brunini.com
pmcdowell@brunini.com

Douglas J. Moore, LA Bar No. 27706
(Admitted Pro Hac Vice)
Kelly E. Brilleaux, LA Bar No. 33030
(Admitted Pro Hac Vice)
IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
dmoore@irwinllc.com
kbrilleaux@irwinllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  */s/ M. Patrick McDowell*
                                                  M. Patrick McDowell

04446790