### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**ANGELA PARKER**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　　　　　　　　　　**CAUSE NO. 1:23CV313-LG-RPM**

**SANOFI-AVENTIS U.S. LLC,**
**et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the remaining claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 3rd day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　s/ *Louis Guirola, Jr.*
　　　　　　　　　　　　　　　　　　　　　Louis Guirola, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge